August 14, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

PATRICK MONROE BROWN, Appellant

NO. 14-13-00057-CR
NO. 14-13-00058-CR
NO. 14-13-00059-CR
NO. 14-13-00060-CR                                   V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the portion of the judgment imposing consecutive sentences **REVERSED AND REMANDED;** in all other respects the judgment is **AFFIRMED.**

We further order appellant pay all costs expended in the appeal.

We further order this decision certified below for observance.